UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

ABC IP LLC,                                     )
RARE BREED TRIGGERS INC.,                       )
                                                )
                    Plaintiffs,                 )
                                                )
          v.                                    )     No. 4:26-cv-00032-TWP-KMB
                                                )
ORION ARMS CORP D/B/A ORION                     )
WHOLESALE,                                      )
                                                )
                    Defendant.                  )

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO ENFORCE STAY AND
DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO AMEND**

On May 11, 2026, the Court granted the Parties' Joint Motion to Stay Deadlines pending determination of Defendant's Motion to Vacate the Conditional Transfer Order ("CTO") by the United States Judicial Panel on Multidistrict Litigation ("JPML"). [Dkt. 35.] Specifically, the Court stayed all case management deadlines in place "pending the JPML's decision on vacating the CTO." [*Id.* at 1.] In that same Order, the Court denied without prejudice Defendant's separate Motion to Stay on different grounds, reasoning that Defendant's motion was unnecessary given that the Court granted the Parties' Joint Motion to Stay. [*Id.*]

On May 27, 2026, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint. [Dkt. 36.] The next day, Defendant filed a Motion to Enforce Stay, which asks the Court to strike Plaintiffs' Motion for Leave to File a Second Amended Complaint or hold it in abeyance until the JPML issues a ruling. [Dkt. 37.]

Given the basis for the Parties' Joint Motion to Stay, and the Court's Order granting it, the Court agrees with the Defendant that Plaintiffs' Motion for Leave to File a Second Amended Complaint should not be briefed and considered until the JPML rules on the Motion to Vacate the

CTO.  Defendant's Motion to Enforce Stay is **GRANTED** to this extent.  [Dkt. 37.]  To effectuate this ruling, however, the Court finds it most appropriate to **DENY WITHOUT PREJUDICE** Plaintiffs' Motion for Leave to File a Second Amended Complaint.  [Dkt. 36.]  Plaintiffs may refile their Motion for Leave to File a Second Amended Complaint, if appropriate, once the stay is lifted in this case.

The Parties' recent Status Report states that Defendant's Motion to Vacate the CTO is fully briefed and awaiting ruling by the JPML.  The Parties are **ORDERED** to file a joint status report **in thirty (30) days** from the date of this Order updating the Court on the status at the JPML.  Either Party may file a motion to lift the stay at any time they deem appropriate.  Absent such a motion, however, the Court does not anticipate further motions practice in this case until after the JPML issues a ruling on Defendant's Motion to Vacate the CTO.

**SO ORDERED.**

Date: 6/11/2026

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email